1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   RICHARD SKAFF

5

6

7                      UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9

10  RICHARD SKAFF                              CASE NO. C 05-1370 SI
                                                <u>Civil Rights</u>
11         Plaintiff,

12  v.

13  BON AIR DEVELOPMENT LTD;                   **STIPULATION AND [PROPOSED]**
    CHEVY'S, INC; and DOES 1-25,               **ORDER TO CONTINUE CASE**
14  Inclusive,                                 **MANAGEMENT CONFERENCE**

15         Defendants.
                                          /
16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation

1    Plaintiff Richard Skaff and Defendants Bon Air Development LLP ("Bon Air"),
2 erroneously sued as "Bon Air Development LTD, " and Chevy's Restaurants, LLC ("Chevy's"),
3 erroneously sued as "Chevy's, Inc.," by and through their counsel of record, enter into this
4 Stipulation with respect to the following facts:
5    1.   The initial Case Management Conference presently is scheduled for
6 August 5, 2005.
7    2.   Plaintiff's counsel, Sidney J. Cohen represents that he will be out of the
8 San Francisco Bay Area on August 5, 2005 and unavailable to attend the Case Management
9 Conference in person.
10   3.   Therefore, Sidney J. Cohen respectfully requests that the Court
11 continue the Case Management Conference to August 12, 2005 or as soon thereafter as meets
12 with the Court's approval, with the parties' Joint Case Management Statement to be filed no
13 later than seven (7) days prior to the rescheduled Case Management Conference date.
14   4.   Based on the foregoing, Defendants Bon Air and Chevy's, by and
15 through their counsel, do not object to Plaintiff's request to continue the date of the Case
16 Management Conference and related date for filing the Case Management Statement.
17   NOW THEREFORE, it is hereby stipulated between Plaintiff Richard Skaff
18 and Defendants Bon Air Development LLP ("Bon Air"), erroneously sued as "Bon Air
19 Development LTD, " and Chevy's Restaurants, LLC ("Chevy's"), erroneously sued as
20 "Chevy's, Inc.," by and through their counsel of record, as follows:
21   A.   If it meets with the Court's approval, that the Court continue the Case
22 Management Conference from August 5, 2005 to August 12, 2005 or as soon thereafter as
23 meets with the Court's approval, with the parties' Joint Case Management Statement to be filed
24 no later than seven (7) days prior to the rescheduled Case Management Conference date.
25   B.   This Stipulation may be signed in counterparts, and a fax signature shall
26 be as valid and as binding as an original.
27   Wherefore, the parties, by and through their attorneys, have executed
28 this Stipulation on the dates set forth below.

Stipulation                                    -1-

| | | |
|---|---|---|
| 1 | Date: 7/12/05 | SIDNEY J. COHEN<br>PROFESSIONAL CORPORATION |
| 2 | | |
| 3 | | /s/ Sidney J. Cohen |
| 4 | | Sidney J. Cohen, Esq.<br>Attorney for Plaintiff Richard Skaff |
| 5 | Date: 7/12/05 | LANAHAN & REILLEY LLP |
| 6 | | /s/ Charles O. Thompson |
| 7 | | Charles O. Thompson<br>Attorney for Defendant Bon Air |
| 8 | | Development LLP |
| 9 | Date: 7/13/05 | ROBERTS, RASPE & BLANTON, LLP |
| 10 | | /s/ Kelly F. Canby |
| 11 | | Kelly F. Canby,<br>Attorney for Defendant |
| 12 | | Chevy's Restaurants, LLC |

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Case Management Conference in this case is continued from August 5, 2005 to **August 12, 2005**.

2. The parties' Joint Case Management Statement shall be e filed no later than **August 5, 2005**.

Date:

Susan Illston
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Susan Illston

Stipulation And [Proposed] Order
To Continue Case Management Conference           -2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation And [Proposed] Order
To Continue Case Management Conference      -3-