```
 1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
    SIDNEY J. COHEN PROFESSIONAL CORPORATION
 2  427 Grand Avenue
    Oakland, CA 94610
 3  Telephone: (510) 893-6682

 4  Attorneys for Plaintiff
    RICHARD SKAFF
 5

 6

 7                  UNITED STATES DISTRICT COURT

 8                  NORTHERN DISTRICT OF CALIFORNIA

 9

10  RICHARD SKAFF                    CASE NO. C 05-1370 SI
                                     Civil Rights
11       Plaintiff,

12  v.
                                     STIPULATION AND ORDER
13  BON AIR DEVELOPMENT LTD;         FOR DISMISSAL
    CHEVY'S, INC; and DOES 1-25,
14  Inclusive,                       FRCP 41 (a) (1) (ii).

15       Defendants.
                                  /
16
```

17    Plaintiff Richard Skaff and defendants Bon Air Development LP, erroneously sued as

18 "Bon Air Development LTD" and Chevy's Restaurants, LLC, erroneously sued as "Chevy's,

19 Inc.", by and through their attorneys of record, file this Stipulation of Dismissal pursuant to

20 Federal Rule of Civil Procedure 41 (a) (1) (ii).

21    Plaintiff filed this lawsuit on April 5, 2005.

22    Plaintiff and defendants have entered into a "Mutual Release And Settlement

23 Agreement" which settles all aspects of the lawsuit against all defendants. A copy of the

24 "Mutual Release And Settlement Agreement" is attached hereto as **Exhibit 1** and incorporated

25 by reference herein as if set forth in full. Plaintiff and defendants stipulate to the court retaining

26 jurisdiction to enforce the "Mutual Release And Settlement Agreement."

27    Plaintiff moves to dismiss with prejudice the lawsuit against defendants.

28    Defendants, who have answered the complaint, agree to the dismissal with prejudice.

Stipulation And Order For Dismissal

1  This case is not a class action, and no receiver has been appointed.

2  This Stipulation and Order may be signed in counterparts.

3  Wherefore, plaintiff and defendants, by and through their attorneys of record, so

4  stipulate.

5  Date:2/7/06                                SIDNEY J. COHEN
                                              PROFESSIONAL CORPORATION
6
                                              /s/ Sidney J. Cohen
7  _____
                                              Sidney J. Cohen
8                                             Attorney for Plaintiff Richard Skaff

9  Date: 2/10/06                              LANAHAN REILLY LLP

10                                            /s/ Jeffrey E. Beeson
   _____
11                                            Jeffrey E. Beeson, Esq.
                                              Attorney for Defendant Bon Air
12                                            Development LP, erroneously
                                              sued as Bon Air Development LTD
13
14 Date: 2/7/06                               ROBERTS, RASPE & BLANTON LLP

                                              /s/ Kelly Canby
15 _____
                                              Kelly Fitzgeradl Canby, Esq.
16                                            Attorney for Defendant Chevy's
                                              Restaurants, LLC, erroneously sued as
17                                            "Chevy's, Inc."

18
   PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:
19
   The lawsuit against defendants is dismissed with prejudice. The Court shall retain
20
   jurisdiction to enforce the terms of the "Mutual Release And Settlement Agreement" attached
21
   hereto as **Exhibit 1**.
22
23 Date:                                      _____
                                              Honorable Susan Illston
24                                            United States District Court Judge

25

26

27                    **NOTE: EXHIBITS MANUALLY FILED**

28

Stipulation And Order For Dismissal               -1-